# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUSIONIST DISTRIBUTION, LLC, a Delaware limited liability company, qualified to do business in California,<br><br>       Plaintiff,<br><br>   v.<br><br>SONY PICTURES CLASSICS, INC., a California corporation; PATHE PICTURES, a business of unknown form; and DOES 1-25,<br><br>       Defendants. | **Case No.  CV10-8062 DMG (MANx)**<br><br><br>**ORDER RE DISMISSAL [23] JS6** |

1  Pursuant to the Stipulation for Dismissal of Entire Action entered into
2  between plaintiff Illusionist Distirbution, LLC, on the one hand, and defendant
3  Sony Pictures Classics, Inc., on the other hand, the above-entitled action is
4  dismissed with prejudice with each party bearing its own attorneys' fees and costs.
5  IT IS SO ORDERED.

7  Dated :  November 23, 2010

   _____
   DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE

**ORDER RE DISMISSAL**